**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6390**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

SAMUEL ROBERT QUEEN, JR., a/k/a Fat Sammy,

                Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:93-cr-00369-JFM-1)

Submitted: June 14, 2012          Decided: June 19, 2012

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Samuel Robert Queen, Jr., Appellant Pro Se. Jonathan Biran, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Robert Queen, Jr., appeals the district court's order denying his motion to correct clerical mistakes. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Queen, No. 1:93-cr-00369-JFM-1 (D. Md. Feb. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED